

# Fourth Court of Appeals
## San Antonio, Texas

April 23, 2015

No. 04-15-00076-CV

**IN THE INTEREST OF R.E.Y., A CHILD,**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02744
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Herminia Torres' notification of late reporter's record is hereby NOTED. Time is extended to April 27, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of April, 2015.

_____
Keith E. Hottle
Clerk of Court